# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Daniel L. Crowder**,** | ) | JUDGMENT IN CASE |
| | **)** | |
| Plaintiff(s), | ) | |
| | ) | 1:24-cv-00059-KDB |
| vs. | ) | |
| | ) | |
| Bethany Herman, et al | ) | |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 1, 2024 Order.

July 1, 2024

Katherine Hord Simon, Clerk
United States District Court